IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW BEAHM, individually and on behalf of all others similarly situated, | § § § | Case No. 1:16-CV-00491 |
| v. | § § | JURY TRIAL DEMANDED |
| ONE WAY FUNDING, LLC | § § | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANT ONE WAY FUNDING, LLC PURSUANT TO RULE 41(a)**

COMES NOW, MATTHEW BEAHM ("Plaintiff"), giving notice of voluntary dismissal of ONE WAY FUNDING, LLC ("OWF") without prejudice, and would show as follows:

1. Plaintiff filed his complaint on April 9, 2016.

2. OWF failed to answer or otherwise respond by the response deadline. Accordingly, Plaintiff moved for a clerks default on June 9, 2016. The clerk entered a default on that same day.

3. The parties are in the process of negotiating a resolution of this matter and do not wish to keep this case on the Court's docket.

4. OWF has neither answered Plaintiff's Complaint, nor has OWF filed a motion for summary judgment.

5. Accordingly, pursuant to FED. R. CIV. P 41(a), OWF may be dismissed without prejudice and without an Order of the Court.

2

Dated: December 5, 2016                    Respectfully submitted,

                                                   /s/ *Jarrett L. Ellzey*
                                                   Jarrett L. Ellzey
                                                   State Bar No. 24040864
                                                 William Craft Hughes
                                                 **HUGHES ELLZEY, LLP**
                                                 Galleria Tower 1
                                                 2700 Post Oak Blvd.
                                                 Houston, TX  77056-5767
                                                 Tel: 713-554-2377
                                                 Fax: 888-995-3335
                                                 Email: jarrettt@hughesellzey.com
                                                 craft@hughesellzey.com

                                                 *Attorneys for Plaintiffs*